198

Andrew **PENMAN**, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE,**
Appellee.

Supreme Court of Pennsylvania.

June 20, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 20th day of June, 2007, the above captioned appeal is quashed for failure to file a brief.

**LYNNEBROOK AND WOODBROOK ASSOCIATES, A Pennsylvania Limited Partnership, by and through its General Partner, LYNNEBROOK MANOR, INC.,** Petitioner,

v.

**BOROUGH OF MILLERSVILLE,**
Respondent.

Supreme Court of Pennsylvania.

June 21, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 21st day of June, 2007, the Petition for Allowance of Appeal is

**GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Is an annual tax on residential lease transactions pursuant to the Local Tax Enabling Act unlawful under Section 2(1) of that act, 53 P.S. § 6902(1)?